AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                  ☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 1029(a)(5), (b)(1) - Access Device
Fraud and Attempted Access Device Fraud

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:
See Attached

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

▶ ARTASHES TER MKRTICHYAN

DISTRICT COURT NUMBER

---

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:          **SHOW
☐ U.S. Att'y ☐ Defense    DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)   **MAGISTRATE
before U.S. Magistrate regarding    CASE NO.**
this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on
THIS FORM      Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    KIRSTIN M. AULT

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome of this proceeding.
1) ☑ If not detained give date any prior summons
        was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other   }  ☐ Fed'l  ☐ State
        charges

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   }  If "Yes"
been filed?     ☐ No        give date
                            filed

**DATE OF**    Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                       or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

## U.S. v. MADGARIAN et al.
## MAXIMUM PENALTIES

Count 1:  18 U.S.C. § 371 - Conspiracy
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

Counts 2-14:  18 U.S.C. § 1344 - Bank Fraud
30 years imprisonment
$1,000,000 fine
5 years supervised release
$100 special assessment

Counts 15-17, 19:  18 U.S.C. § 1028A - Aggravated Identity Theft
2 year mandatory consecutive sentence
1 year supervised release
$100 special assessment

Count 18:  18 U.S.C. § 1029(a)(5) and (b)(1) - Access Device Fraud
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 1029(a)(5), (b)(1) - Access Device
Fraud and Attempted Access Device Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
See Attached

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ SARKIS MADJARIAN

DISTRICT COURT NUMBER

─── DEFENDANT ───  MHP

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST  ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  } MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    KIRSTIN M. AULT

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____

## U.S. v. MADGARIAN et al.
## MAXIMUM PENALTIES

Count 1:  18 U.S.C. § 371 - Conspiracy
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

Counts 2-14:  18 U.S.C. § 1344 - Bank Fraud
30 years imprisonment
$1,000,000 fine
5 years supervised release
$100 special assessment

Counts 15-17, 19:  18 U.S.C. § 1028A - Aggravated Identity Theft
2 year mandatory consecutive sentence
1 year supervised release
$100 special assessment

Count 18:  18 U.S.C. § 1029(a)(5) and (b)(1) - Access Device Fraud
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

───── **OFFENSE CHARGED** ─────

18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 1029(a)(5), (b)(1) - Access Device Fraud and Attempted Access Device Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
See Attached

─── **DEFENDANT - U.S.** ───

SERGE ZADIKIAN

DISTRICT COURT NUMBER

─────── **DEFENDANT** ───────

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

──────── **PROCEEDING** ────────
Name of Complaintant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

Name and Office of Person
Furnishing Information on THIS FORM      Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     KIRSTIN M. AULT

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes } If "Yes" give date filed
                          ☐ No

**DATE OF ARREST**  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

──────── **ADDITIONAL INFORMATION OR COMMENTS** ────────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

## U.S. v. MADGARIAN et al.
## MAXIMUM PENALTIES

Count 1:  18 U.S.C. § 371 - Conspiracy
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

Counts 2-14:  18 U.S.C. § 1344 - Bank Fraud
30 years imprisonment
$1,000,000 fine
5 years supervised release
$100 special assessment

Counts 15-17, 19:  18 U.S.C. § 1028A - Aggravated Identity Theft
2 year mandatory consecutive sentence
1 year supervised release
$100 special assessment

Count 18:  18 U.S.C. § 1029(a)(5) and (b)(1) - Access Device Fraud
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO





**MHP**

UNITED STATES OF AMERICA,

V.

B

SARKIS MADJARIAN,
ARTASHES TER MKRTICHYAN, and
SERGE ZADIKIAN,

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 1029(a)(5), (b)(1) - Access Device
Fraud and Attempted Access Device Fraud

A true bill.

_____
Foreman

Filed in open court this _____ day of _____

**BETTY FONG**

Clerk

No Bail Warrants

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail $ _____

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )     No.
                                       )
13        Plaintiff,                   )
                                       )     VIOLATIONS: 18 U.S.C. § 371 –
14  v.                                 )     Conspiracy [1 count]; 18 U.S.C. § 1344 –
                                       )     Bank Fraud [13 counts]; 18 U.S.C. § 1028A
15                                     )     – Aggravated Identity Theft [4 counts]; and
                                       )     18 U.S.C. § 1029(a)(5),(b)(1) – Access
16  SARKIS MADJARIAN,                  )     Device Fraud [1 count]
    ARTASHES TER MKRTICHYAN, and       )
17  SERGE ZADIKIAN,                    )
                                       )     SAN FRANCISCO VENUE
18        Defendants.                  )
                                       )
19

20                          I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:  (Conspiracy – 18 U.S.C. § 371)

23        Beginning at a time unknown to the grand jury, but no later than March 18, 2007, through

24  March 21, 2007, both dates being approximate and inclusive, in the Northern District of

25  California, the defendants,

26                          SARKIS MADJARIAN,
                       ARTASHES TER MKRTICHYAN, and
27                          SERGE ZADIKIAN,

28  did knowingly and intentionally combine, conspire, and agree with others known and unknown

1    to the grand jury to commit an offense against the United States, that is,

2         a.    to knowingly and with the intent to defraud execute and attempt to execute a
3               scheme and plan to defraud as to a material matter a federally insured financial
4               institution and to obtain money and property from a federally insured financial
5               institution by knowingly making false statements and promises as to a material
6               matter, in violation of Title 18, United States Code, Section 1344; and

7         b.    to knowingly and with intent to defraud effect and attempt to effect transactions
8               that affect interstate and foreign commerce with one or more access devices
9               issued to another person or persons, to receive payment or any other thing of value
10              during any one-year period, the aggregate value of which is at least $1,000, in
11              violation of 18 U.S.C. §§ 1029(a)(5) and (b)(1) .

12                                    **OVERT ACTS**

13        In furtherance of the conspiracy, and to obtain the ends thereof, the following overt acts,
14   among others, were committed by the defendants and their co-conspirators in the Northern
15   District of California and elsewhere:

16        1.    The defendants obtained the account number and personal identification number
17              (PIN) for the Automated Teller Machine (ATM) account for Evelyn T. at the
18              Bank of America.

19        2.    On March 18, 2007, one of the defendants used Evelyn T.'s  ATM account
20              number and PIN without her permission to withdraw $500 from a Bank of
21              America ATM machine at 633 Tamalpais Drive, Corte Madera, California.

22        3.    On March 19, 2007, one of the defendants used Evelyn T.'s  ATM account
23              number and PIN without her permission to withdraw $500 from a Bank of
24              America ATM machine at 2225 Quimby Road, San Jose, California.

25        4.    On March 20, 2007, one of the defendants used Evelyn T.'s  ATM account
26              number and PIN without her permission to withdraw $500 from a Bank of
27              America ATM machine at 1455 Stockton Street, San Francisco, California.

28   ///

INDICTMENT                                    2

5.    The defendants obtained the account number and PIN for the ATM account for Steven R. at the Bank of America.

6.    On March 18, 2007, one of the defendants used Steven R.'s ATM account number and PIN without his permission to withdraw $500 from a Bank of America ATM machine at 2560 Lombard Street, San Francisco, California.

7.    On March 19, 2007, one of the defendants used Steven R.'s ATM account number and PIN without his permission to withdraw $300 from a Bank of America ATM machine at 2225 Quimby Road, San Jose, California.

8.    On March 20, 2007, one of the defendants used Steven R.'s ATM account number and PIN without his permission to attempt to withdraw $500 from a Bank of America ATM machine at 1455 Stockton Street, San Francisco, California.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH FOURTEEN:  (Bank Fraud – 18 U.S.C. § 1344)

The allegations contained in Count One are realleged as though fully set forth herein.

Beginning at a time unknown to the grand jury, but no later than March 18, 2007, through on or about March 21, 2007, in the Northern District of California, the defendants,

SARKIS MADJARIAN,
ARTASHES TER MKRTICHYAN, and
SERGE ZADIKIAN,

did knowingly and with the intent to defraud carry out and attempt to carry out a scheme and plan to defraud a federally insured financial institution as to a material matter and to obtain money and property from a federally insured financial institution by making material false statements and promises, knowing that the statements and promises were false, as follows:

It was part of the scheme and plan to defraud that the defendants possessed and used ATM account numbers and personal identification numbers for accounts belonging to numerous individuals knowing that they were not authorized to possess or use those account numbers and personal identification numbers.

It was further part of the scheme and plan to defraud that the defendants used these

INDICTMENT                    3

1 · account numbers and personal identification numbers to make and attempt to make cash

2 withdrawals from Bank of America ATM machines in the San Francisco Bay Area knowing that

3 they did not have the permission of the account holders to withdraw money from their bank

4 accounts.

5       On or about the dates set forth below in the year 2007, in the Northern District of

6 California and elsewhere, for the purpose of executing the scheme to defraud, the defendants

7 knowingly and falsely represented that they were authorized to possess and use ATM account

8 numbers and personal identification numbers for accounts at the following federally-insured

9 banks belonging to the following persons, knowing that they were not so authorized, and

10 knowing and intending that, based on their false representations, the banks would part with

11 money dispensed from ATM machines.

| Count | Date | Account Holder | Loss | Bank Where Account Held | ATM Location | ATM Number |
|-------|------|----------------|------|-------------------------|--------------|------------|
| 2 | 3/18 | Angelica F. | $500 | Washington Mutual | Corte Madera | 4105 |
| 3 | 3/18 | Evelyn T. | $500 | Bank of America | Corte Madera | 4105 |
| 4 | 3/18 | Benjamin M. | $500 | Bank of America | Corte Madera | 4105 |
| 5 | 3/18 | Roy F. | $500 | Washington Mutual | Corte Madera | 4105 |
| 6 | 3/18 | Russell Y. | $500 | Washington Mutual | San Francisco | 0506 |
| 7 | 3/19 | Theresa S. | $300 | Wells Fargo | Walnut Creek | 8652 |
| 8 | 3/19 | Roy F. | $500 | Washington Mutual | Walnut Creek | 8652 |
| 9 | 3/19 | Angelica F. | $500 | Washington Mutual | Walnut Creek | 8652 |
| 10 | 3/19 | Evelyn T. | $500 | Bank of America | San Jose | 6053 |
| 11 | 3/19 | Steven R. | $300 | Bank of America | San Jose | 6053 |
| 12 | 3/19 | Steven R. | $100 | Bank of America | San Jose | 6053 |
| 13 | 3/19 | Benjamin M. | $500 | Bank of America | San Jose | 6053 |
| 14 | 3/20 | Evelyn T. | $500 | Bank of America | San Francisco | 7337 |

26 ///

27 ///

28 ///

INDICTMENT                 4

1 · | COUNT FIFTEEN: (Aggravated Identity Theft – 18 U.S.C. § 1028A)

2 | On or about March 18, 2007, in the Northern District of California, the defendants,

3 | SARKIS MADJARIAN,
ARTASHES TER MKRTICHYAN, and
4 | SERGE ZADIKIAN,

5 | did knowingly transfer, possess and use, without lawful authority, a means of identification of

6 | another person, namely the ATM account number for Angelica F.'s Washington Mutual account,

7 | during and in relation to a felony violation of 18 U.S.C. § 1344, as charged in Count Two of this

8 | Indictment, in violation of Title 18, United States Code, Section 1028A.

9 |

10 | COUNT SIXTEEN: (Aggravated Identity Theft – 18 U.S.C. § 1028A)

11 | On or about March 19, 2007, in the Northern District of California, the defendants,

12 | SARKIS MADJARIAN,
ARTASHES TER MKRTICHYAN, and
13 | SERGE ZADIKIAN,

14 | did knowingly transfer, possess and use, without lawful authority, a means of identification of

15 | another person, namely the ATM account number for Roy F.'s Washington Mutual account,

16 | during and in relation to a felony violation of 18 U.S.C. § 1344, as charged in Count Eight of this

17 | Indictment, in violation of Title 18, United States Code, Section 1028A.

18 |

19 | COUNT SEVENTEEN: (Aggravated Identity Theft – 18 U.S.C. § 1028A)

20 | On or about March 19, 2007, in the Northern District of California, the defendants,

21 | SARKIS MADJARIAN,
ARTASHES TER MKRTICHYAN, and
22 | SERGE ZADIKIAN,

23 | did knowingly transfer, possess and use, without lawful authority, a means of identification of

24 | another person, namely the ATM account number for Evelyn T.'s Bank of America account,

25 | during and in relation to a felony violation of 18 U.S.C. § 1344, as charged in Count Ten of this

26 | Indictment, in violation of Title 18, United States Code, Section 1028A.

27 | ///

28 | ///

INDICTMENT                                    5

1 ·  COUNT EIGHTEEN: (Access Device Fraud – 18 U.S.C. § 1029(a)(5), (b)(1))

2      Beginning on or about March 18, 2007, through on or about March 21, 2007, in the

3  Northern District of California, the defendants,

4                          SARKIS MADJARIAN,
                    ARTASHES TER MKRTICHYAN, and
5                           SERGE ZADIKIAN,

6  did knowingly and with intent to defraud effect and attempt to effect transactions, that affected

7  interstate and foreign commerce, with one or more access devices issued to another person or

8  persons, namely an ATM account number belonging to Evelyn T.'s Bank of America account, to

9  receive payment and any other thing of value during any one-year period, the aggregate value of

10  which was at least $1,000, in violation of Title 18, United States Code, Sections 1029(a)(5),

11  (b)(1).

12

13  COUNT NINETEEN: (Aggravated Identity Theft – 18 U.S.C. § 1028A)

14      Beginning on or about March 18, 2007, through on or about March 21, 2007, in the

15  Northern District of California, the defendants,

16                         SARKIS MADJARIAN,
                    ARTASHES TER MKRTICHYAN, and
17                          SERGE ZADIKIAN,

18  did knowingly transfer, possess and use, without lawful authority a means of identification of

19  another person, namely the personal identification number for Evelyn T.'s Bank of America

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                          6

1    account, during and in relation to a felony violation of 18 U.S.C. § 1029(a)(5), as charged in

2    Count Eighteen of this Indictment, in violation of Title 18, United States Code, Section 1028A.

3

4    DATED:                                              A TRUE BILL.

5    5-5-08

6                                                        FOREPERSON

7

8

9    JOSEPH P. RUSSONIELLO
     United States Attorney
10

11
     BRIAN J. STRETCH
12   Chief, Criminal Division

13

14

15   (Approved as to form: _____)
                            AUSA AULT
16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT                            7