1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 437-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )  No.   0307 MHP
                                    )
14      Plaintiff,                  )  UNITED STATES' MOTION TO SEAL
                                    )  INDICTMENT, ARREST WARRANTS,
15   v.                             )  AND [PROPOSED] ORDER
                                    )
16 SARKIS MADJARIAN,                )
   ARTASHES TER MKRTICHYAN, and     )  (UNDER SEAL)
17 SERGE ZADIKIAN,                  )
                                    )
18      Defendants.                 )
                                    )
19 _____  )

20      The United States hereby moves the Court for an order sealing this Motion, the

21 Indictment, the Arrest Warrants, and this Sealing Order until further order of the Court.

22 The United States believes that disclosure of this Motion, the Indictment, Arrest

23 Warrants, and this Sealing Order may cause the subjects of the indictment to flee, destroy

24 evidence and/or make efforts to conceal on-going criminal activity, jeopardizing the

25 progress of its ongoing investigation and the arrest of the defendants. The United States

26 further requests that a copy of the Indictment and Arrest Warrants be provided to agents

27 ///

28 ///

1 | of the Federal Bureau of Investigation so that the warrant may be served at the
2 | appropriate time in the investigation.
3 |
4 | DATED: May 8, 2008                     Respectfully submitted,
5 |                                         JOSEPH P. RUSSONIELLO
  |                                         United States Attorney
6 |
7 |                                         _____
  |                                         KIRSTIN M. AULT
8 |                                         Assistant United States Attorney
9 |
10 |                                **ORDER**
11 |     Based upon the motion of the government and for good cause shown, IT IS
12 | HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrants,
13 | and this Sealing Order shall be sealed until further order of the Court, except that a copy
14 | of the Indictment and Arrest Warrants shall be provided to agents of the Federal Bureau
15 | of Investigation for use in their investigation.
16 |
17 |
18 | DATED: 5/8/08                          _____
  |                                         EDWARD M. CHEN
19 |                                         United States Magistrate Judge
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |