1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6940
7  Facsimile: (415) 436-7234
   E-mail: kirstin.ault@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

JUL 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   No.   CR 08-00307 MHP
                                        )
14          Plaintiff,                  )   REQUEST TO SET MOTIONS AND TRIAL
                                        )   SETTING CONFERENCE
15      v.                              )
                                        )
16  SARKIS MADJARIAN,                   )
    ARTASHES TER MKRTICHYAN, and        )
17  SERGE ZADIKIAN,                     )
                                        )
18                                      )
            Defendant.                  )
19  _____ )

20

21      The United States respectfully requests that the Court schedule a motions and trial setting

22  conference in this matter for August 18, 2008, at 10:00 a.m.  Counsel for the United States has

23  confirmed with the courtroom deputy that this date is convenient for the Court.  Counsel for the

24  defense has stated that the date and time are acceptable to them and their clients.  Defendant

25  Serge Zadikian has made his initial appearance before a magistrate judge in the Central District

26  of California.  Counsel for the remaining defendants have informed me that their clients will

27  ///

28  ///

1 | appear for arraignment in magistrate court before the August 18 hearing date. All of the
2 | defendants are presently out of custody. No interpreter is needed.

DATED: 7/21/2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

KIRSTIN M. AULT
Assistant United States Attorney

# CERTIFICATE OF SERVICE

## UNITED STATES OF AMERICA V. MADJARIAN ET. AL

### CR 08-00307 MHP

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

UNITED STATES' REQUEST TO SET MOTIONS AND TRIAL SETTING CONFERENCE

UNDER SEAL

to be served this date on the party(ies) in this action,

**Mr. Mark Rosenbush**
**(F) 415.255.8631**

**Mr. Thomas V. Johnston**
**(F) 818.986.1330**

**Mr. Garo B. Ghazarian**
**(F) 818.905.6481**

____(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__x__(By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____(By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____(By Fed Ex), I caused such envelope to be delivered by FED EX to the address listed above.

____(By Messenger), I caused each such envelope to be delivered by Messenger to the address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 21, 2008

_____
SHERYL CASTILLO
Legal Assistant