1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
     450 Golden Gate Ave., P.O. Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6940
7    Facsimile: (415) 436-7234
     kirstin.ault@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES MAGISTRATE COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   No. 08-00307 MHP
                                      )
14      Plaintiff,                    )   UNITED STATES' MOTION TO UNSEAL
                                      )   CASE AND [PROPOSED] ORDER
15      v.                            )
                                      )
16 SARKIS MADJARIAN,                  )
   ARTASHES TER MKRTICHYAN, and       )
17 SERGE ZADIKIAN,                    )
                                      )
18      Defendants.                   )
                                      )
19

20      The United States hereby moves the Court for an order unsealing this case and all

21 related publicly-filed documents and public proceedings. The defendants have made their

22 initial appearances in the matter, and there is no longer any need to maintain the case and

23 the related documents or proceedings under seal.

24 DATED: July 25, 2008              Respectfully submitted,

25                                   JOSEPH P. RUSSONIELLO
                                     United States Attorney
26

27                                   _____
                                     KIRSTIN M. AULT
28                                   Assistant United States Attorney

**FILED**
JUL 31 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that this case and all publicly-filed documents and public proceedings associated with it shall be unsealed.

DATED: 7/30/08

HON. MARILYN HALL PATEL
United States District Judge