**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## August 6, 2008

CASE NUMBER:  CR 08-00307 MHP
CASE TITLE: USA-V-SARKIS MADJARIAN, ARTASHES TER MKRTICHYAN,
            SERGE ZADKIKAN

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/6/08

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 8/6/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA