UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: September 3, 2008

Case No. CR-08-0307 MMC   JUDGE: **Maxine M. Chesney**

Sarkis Madjarian;
Serge Zadikian;
Artashes Ter Mkrtichyan
_____
DEFENDANT

Present (X)  Not Present ( )  In Custody ( )

Mark Rosenbush for Garo Ghazarian (Madjarian)
Thomas Johnston (Zadikian)
Kirstin Ault                Mark Rosenbush (Ter Mkrtichyan)
  U.S. ATTORNEY(S)          ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero      Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING   Initial Status/Trial Setting Conference

RESULT OF HEARING   Counsel for defendants request continuance to mid-December,
Mark Rosenbush has a scheduling conflict (trial. AUSA requests
a continuance until mid-October
Counsel for defendant Zadikian made an oral motion to modify
Conditions of Pretrial Release - Court denied motion without
Prejudice..

Case continued to November 5, 2008 at 2:30 p.m.   for Further Status Conference

Case continued to _____ for Motions.
           (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////
Preparation/continuity of counsel
EXCLUDABLE DELAY (Category) _____ Begins 9/3/08   Ends 11/5/08
///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////